UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHARLEY GRAY**             **CIVIL ACTION**

**VERSUS**                  **NO. 08-1376**

**ANTHONY J. FALTERMAN**          **SECTION "J" (4)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Charley Gray's Title 42 U.S.C. § 1983 claims against the defendant, Anthony J. Falterman, are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted and/or for seeking monetary relief against a defendant who is immune from such relief pursuant to Title 28 U.S.C. § 1915(e)(2) and § 1915A.

**IT IS FURTHER ORDERED** that Gray's remaining § 1983 claims specifically challenging the propriety of his conviction and present confinement are **DISMISSED WITH PREJUDICE** as frivolous until such time as the conditions of *Heck v. Humphrey*, 512 U.S. 477 (1994), are met.

**IT IS FURTHER ORDERED** that Gray's Motion to Dismiss based on his failure to exhaust (Rec. Doc. No. 6) is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that Gray's Motion to Dismiss (Rec. Doc. 9) is **DISMISSED** as moot.

New Orleans, Louisiana, this 19th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE